UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MELISSA ARNDT, individually and on
behalf of all others similarly situated,

        Plaintiff,

        v.                                           Case No. 19-C-520

CLIENT SERVICES INC.,

        Defendant.

## ORDER

Plaintiff Melissa Arndt brought this suit against Defendant Client Services Inc. for violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.* Presently before the court is Plaintiff's motion to stay proceedings in this case pending resolution of a Seventh Circuit case raising similar issues as those asserted here—*Degroot v. Client Services, Inc.*, No. 20-1089. Defendant has not responded to the motion and the time to do so has expired. Accordingly, Plaintiff's motion (Dkt. No. 24) is **GRANTED** and the case is stayed and administratively closed until further order of the court.

The parties are directed to notify the court within fourteen days of the issuance of the Seventh Circuit's decision in the relevant case (Case No. 20-1089).

**SO ORDERED** at Green Bay, Wisconsin this 12th day of February, 2020.

                                                          s/ William C. Griesbach
                                                          William C. Griesbach, District Judge
                                                          United States District Court